Case 2:22-cv-00501-LK   Document 1   Filed 04/14/22   Page 1 of 1

Teri Kealoha Sahm, plaintiff
v
TERI KEALOHA SAHM
TERI K. SAHM
TERI K SAHM
TERI SAHM

22-CV- 501 LK

RCC#: SEA106945

I wish for the issue of unlawful conversion of my Names/Names to be heard in full.

I wish for the evidence to be presented and heard in full.

I wish to subpoena the U.S. Attorney to address the issue of Unlawful Conversion.

I claim my sole relief and remedy for any presumption that I am a Municipal Citizen under Title 50 2012.

I am not at War.

I am not a combatant.

I am not a voluntary transactor in Commerce.

I have provided my Foreign Sovereign Immunity Notice to rebut any presumption that I am a Territorial Citizen.

I have corrected my Political Status so that I am clearly an American and I am exempt from all Presumptions by nature.

I'm an American. I keep the Peace and Uphold the Public Law. I report crime. I object to evil.

Signed and dated April 14, 2022.

FILED _____ ENTERED
LODGED _____ RECEIVED

APR 14 2022   ST

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

c/o PO Box 387
Fall City, WA
Postal Code 98024

by: /s/ Teri Kealoha Sahm
By: Teri Kealoha Sahm
American Living Woman, Landlord, Employer
All Rights Reserved, Without Prejudice