# Objection to Evil

By Anna Von Reitz



Evil only survives on our own failure to object to it.
It only thrives, when we ignore it and acquiesce to its existence.

And then it comes out to play and it gets worse, and worse, and worse--- until people wake up and take action against it.

So far we have discovered that a lot of what we have been told about history is wrong, that our government has been usurped upon in gross breach of trust by our supposed Allies, and that a group of madman elitists want to kill off the vast majority of mankind, enslave the rest, and rule "forever" as kings over the rest of us.

As if that wasn't all bad enough, we find that the same Source has corrupted religion, too, and misrepresented and tweaked the narrative of Christianity into Baal Worship, instead.

The word "apocalypse" basically means "revealing" --- when a bright light is shown in the dark corners and the curtains used to hide these things are thrown back. Having been one of those who has done the job of digging up the past and smelling out the bones, I have to say, even I am aghast.

Faced with the sheer mass of such manifest and abundant evil let loose to rampage all over the world, the indoctrination into evil of our young people by fraternities and other secret "societies" and cults, the impulse is to shake one's head and think: "How could we ever let it come to this?"

But we've let it "come to this" and worse, before. This is a cyclic phenomenon. Can we learn from our mistakes?

The core value, the only imperative, is that we must learn to recognize evil for what it is, and we must object to it with all our might and determination.
As we pause a moment to take in the world that our negligence has created, take a deep breath and say, "I am responsible. It all comes down to me."

Say it and mean it, and carry through. If you don't object, you are an accomplice to it.

---------------------------

See this article and over 3400 others on Anna's website here: www.annavonreitz.com
To support this work look for the Donate button on this website.